# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VINYARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATURAL PLANT PROTECTION, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-CV-00506-NONE-JLT<br><br>ORDER CLOSING THE ACTION AS TO NATURAL PLANT PROTECTION ONLY<br>(Doc. 16) |

The plaintiff has filed a voluntary dismissal according to Federal Rules of Civil Procedure Rule 41(a)(1(A)(1) as to defendant Natural Plant Protection only. (Doc. 16) Accordingly, the Clerk of Court is DIRECTED to close this action as to defendant Natural Plant Protection only.

IT IS SO ORDERED.

Dated: **September 3, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1