**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY VINYARDS, | ) | Case No.: 1:20-cv-00506-NONE-JLT |
| Plaintiff, | ) ) | ORDER CLOSING THE ACTION AS TO JENCO |
| v. | ) ) | ENTERPRISES INC. |
| NATURAL PLANT PROTECTION, et al., | ) ) | (Doc. 55) |
| Defendants. | ) ) | |
| | ) | |

The plaintiff has filed a voluntary dismissal with prejudice as to defendant Jenco Enterprises, Inc., only. (Doc. 55) The plaintiff relies upon Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   __**November 17, 2021**__                _____ **/s/ Jennifer L. Thurston**
                                                                          CHIEF UNITED STATES MAGISTRATE JUDGE