P. GERHARDT ZACHER (SBN: 043184)
gzacher@grsm.com
THOMAS J. TOBIN (SBN: 187062)
ttobin@grsm.com
MATTHEW P. NUGENT (SBN: 214844)
mnugent@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7743
Facsimile: (619) 696-7124

Attorneys for Defendants
ARYSTA LIFESCIENCE NORTH AMERICA, LLC and UPL NA INC.

GREGORY S. MASON (SBN: 148997)
Greg.mason@mccormickbarstow.com
KAREN L. LYNCH (SBN: 161088)
Karen.lynch@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant BRANDT CONSOLIDATED, INC.

RALPH B. WEGIS (SBN: 67966)
rwegis@ralphwegis.com
LAW OFFICES OF RALPH B. WEGIS
1930 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 635-2100
Facsimile:  (661) 635-2107

Attorneys for Plaintiff
ANTHONY VINEYARDS

JOSHUA N. KASTAN (SBN: 284767)
jnk@dkmlawgroup.com
DKM LAW GROUP, LLP
535 Pacific Avenue, Suite 101
San Francisco, California 94133
Telephone: (415) 421-1100

Attorneys for Defendant
NUTRIEN AG SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ANTHONY VINEYARDS, <br><br> Plaintiff, <br><br> vs. <br><br> NATURAL PLANT PROTECTION; UPL NA INC.; ARYSTA LIFESCIENCE NORTH AMERICA, LLC and DOES 1-25, Inclusive, <br><br> Defendants. | CASE NO. 1:20-CV-00506-JLT-SAB__ <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE** <br><br> (Doc. 74) |

WHEREAS, pursuant to this Court's Scheduling Order entered July 2, 2020 [ECF No. 12], the Pretrial Conference in this matter is presently scheduled for May 16, 2022 at 8:30 a.m. in Courtroom 4;

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Dietgo, CA 92101

1   WHEREAS, Defendants Arysta North America, LLC and UPL NA Inc.'s motions to

2 exclude testimony of Plaintiff's retained expert Gary Osteen and non-retained expert John

3 Kovacevich filed on October 14, 2021 [ECF Nos. 39 and 40] remain under submission for the

4 Court's ruling;

5   WHEREAS, Defendant Nutrien AG Solutions, Inc.'s Rule 12(b)(6) Motion to Dismiss

6 filed on November 4, 2021 [ECF No. 47] remains under submission for the Court's ruling;

7   WHEREAS, Defendants Arysta North America, LLC and UPL NA Inc.'s motion for

8 summary judgment and/or partial summary judgment filed on December 14, 2021 [ECF No.

9 60] remains under submission for the Court's ruling;

10   WHEREAS, Defendant Brandt Consolidated, Inc.'s motion for summary judgment

11 and/or partial summary judgment filed on December 14, 2021 [ECF No. 61] remains under

12 submission for the Court's ruling;

13   WHEREAS, the Court's rulings on the above-referenced motions will inform the

14 parties' respective positions with respect to the matters to be addressed at the Pretrial

15 Conference and may affect the scope of the claims and/or presentation of evidence with

16 respect thereto at trial;

17   THEREFORE, in the interests of judicial economy and efficiency, Plaintiff Anthony

18 Vineyards ("Plaintiff") and Defendants Arysta LifeScience North America, LLC; UPL NA

19 Inc.; Nutrien AG Solutions, Inc.; and Brandt Consolidated, Inc. hereby STIPULATE and agree

20 that the Pretrial Conference currently scheduled for May 16, 2022 be vacated and rescheduled

21 following the Court's rulings on the above-referenced motions.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Dietgo, CA 92101

1 | STIPULATED AND AGREED TO:

2 | Dated: April 13, 2022     GORDON REES SCULLY MANSUKHANI, LLP

By:    /s/ Matthew P. Nugent
P. Gerhardt Zacher
Thomas J. Tobin
Matthew P. Nugent
Attorneys for Defendants
ARYSTA LIFESCIENCE NORTH AMERICA, LLC and UPL NA INC.

Dated: April 13, 2022     THE LAW OFFICE OF RALPH B. WEGIS

By:    /s/ Ralph B. Wegis
(as authorized on April 12, 2022)
Ralph B. Wegis
Attorneys for Plaintiff
ANTHONY VINEYARDS

Dated: April 13, 2022     MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By:    /s/ Karen L. Lynch
(as authorized on April 12, 2022)
Attorneys for Defendant BRANDT CONSOLIDATED, INC.

Dated: April 13, 2022     DKM LAW GROUP, LLP

By:    /s/ Joshua N. Kastan
(as authorized on April 12, 2022)
Attorneys for Defendant NUTRIEN AG SOLUTIONS, INC.

-3-
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRETRIAL CONFERENCE

**[~~PROPOSED~~] ORDER**

Having reviewed the foregoing stipulation of the parties, and finding good cause therefore, the Court orders as follows:

1. The Pretrial Conference scheduled for May 16, 2022 is hereby VACATED; and

2. The Pretrial Conference shall be rescheduled by the Court following the Court's rulings on ECF Nos. 39-40, 47, and 60-61.

Entered this 14th day of __April__, 2022.

_____
Hon. Jennifer L. Thurston
United States District Judge

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 101 W. Broadway, Suite 2000, San Diego, CA 92101, my electronic mail address is jsilcott@grsm.com. On April 13, 2022, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE**

*SERVICE LIST MAINTAINED BY ECF*

☐ **BY EMAIL TO COUNSEL AT EMAIL ADDRESSES NOTED BELOW**

☒ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

| | |
|---|---|
| Ralph B. Wegis<br>LAW OFFICES OF RALPH B. WEGIS<br>1930 Truxton Avenue<br>Bakersfield, CA 93301<br>Tel: (661) 635-2100 / Fax: (661) 635-2107<br>Email: rwegis@ralphwegis.com<br>Email: mhenson@ralphwegis.com<br>Email: tmolina@ralphwegis.com | **Attorneys for Plaintiff**<br>**Anthony Vineyards** |
| Joshua Nathan Kastan<br>DKM LAW GROUP, LLP<br>535 Pacific Avenue<br>Suite 101<br>San Francisco, CA 94133<br>Email: JNK@dkmlawgroup.com | **Attorneys for Defendant**<br>**Nutrien Ag Solutions, Inc.** |
| Gregory S. Mason<br>Karen L. Lynch<br>MCCORMICK BARSTOW, LLP<br>7647 N. Fresno Street | **Attorneys for Defendants**<br>**Brandt Consolidated, Inc.** |

Fresno, CA 93720
Email: Greg.mason@mccormickbarstow.com
Email: karen.lynch@mccormickbarstow.com

     I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

     Executed on April 13, 2022, at San Diego, California

                                                            Jewell Silcott

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1209889/64432864v.1

CERTIFICATE OF SERVICE