Gordon Rees Scully Mansukhani, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ANTHONY VINEYARDS,<br><br>             Plaintiff,<br><br>vs.<br><br>NATURAL PLANT PROTECTION;<br>UPL NA INC.; ARYSTA<br>LIFESCIENCE NORTH AMERICA,<br>LLC and DOES 1-25, Inclusive,<br><br>             Defendants. | CASE NO. 1:20-CV-00506-JLT-SAB<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE PRETRIAL CONFERENCE** |

WHEREAS, pursuant to this Court's Scheduling Order entered July 2, 2020 [ECF No. 12], the Pretrial Conference in this matter is presently scheduled for May 16, 2022 at 8:30 a.m. in Courtroom 4;

WHEREAS, Defendants Arysta North America, LLC and UPL NA Inc.'s motions to exclude testimony of Plaintiff's retained expert Gary Osteen and non-retained expert John Kovacevich filed on October 14, 2021 [ECF Nos. 39 and 40] remain under submission for the Court's ruling;

WHEREAS, Defendant Nutrien AG Solutions, Inc.'s Rule 12(b)(6) Motion to Dismiss filed on November 4, 2021 [ECF No. 47] remains under submission for the Court's ruling;

WHEREAS, Defendants Arysta North America, LLC and UPL NA Inc.'s motion for summary judgment and/or partial summary judgment filed on December 14, 2021 [ECF No. 60] remains under submission for the Court's ruling;

WHEREAS, Defendant Brandt Consolidated, Inc.'s motion for summary judgment and/or partial summary judgment filed on December 14, 2021 [ECF No. 61] remains under

submission for the Court's ruling;

WHEREAS, the Court's rulings on the above-referenced motions will inform the parties' respective positions with respect to the matters to be addressed at the Pretrial Conference and may affect the scope of the claims and/or presentation of evidence with respect thereto at trial;

THEREFORE, in the interests of judicial economy and efficiency, Plaintiff Anthony Vineyards ("Plaintiff") and Defendants Arysta LifeScience North America, LLC; UPL NA Inc.; Nutrien AG Solutions, Inc.; and Brandt Consolidated, Inc. hereby STIPULATE and agree that the Pretrial Conference currently scheduled for May 16, 2022 be vacated and rescheduled following the Court's rulings on the above-referenced motions.

STIPULATED AND AGREED TO:

Dated: April 13, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Matthew P. Nugent
P. Gerhardt Zacher
Thomas J. Tobin
Matthew P. Nugent
Attorneys for Defendants
ARYSTA LIFESCIENCE NORTH AMERICA, LLC and UPL NA INC.

Dated: April 13, 2022

THE LAW OFFICE OF RALPH B. WEGIS

By: /s/ Ralph B. Wegis
(as authorized on April 12, 2022)
Ralph B. Wegis
Attorneys for Plaintiff
ANTHONY VINEYARDS

Dated: April 13, 2022

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By: /s/ Karen L. Lynch
(as authorized on April 12, 2022)
Attorneys for Defendant BRANDT CONSOLIDATED, INC.

Gordon Rees Scully Mansukhani, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

Dated: April 13, 2022                                              DKM LAW GROUP, LLP

                                                                   By:   /s/ Joshua N. Kastan
                                                                         (as authorized on April 12, 2022)
                                                                         Attorneys for Defendant NUTRIEN
                                                                         AG SOLUTIONS, INC.

## ORDER

Having reviewed the foregoing stipulation of the parties, and finding good cause therefore, the Court orders as follows:

1. The Pretrial Conference scheduled for May 16, 2022 is hereby VACATED; and

2. The Pretrial Conference shall be rescheduled by the Court following the Court's rulings on the pending motions (see Docs. 39-40, 47, 60-61.)

IT IS SO ORDERED.

Dated:   **April 14, 2022**                                    _____
                                                                UNITED STATES DISTRICT JUDGE