UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VINEYARDS,<br><br>    Plaintiff,<br><br>  v.<br><br>UPL NA Inc., et al.,<br><br>    Defendants. | Case No. 1:20-cv-00506-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF ERIN GABRIELLE MARCUM TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 92) |

The Court has considered the application of Erin Gabrielle Marcum, attorney for Defendant Nutrien Ag Solutions, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 92). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **December 6, 2024**            _____
                                          UNITED STATES MAGISTRATE JUDGE