UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VINEYARDS,<br><br>        Plaintiff,<br><br>    v.<br><br>UPL NA Inc., et al.,<br><br>        Defendants. | Case No. 1:20-cv-00506-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF ELIZABETH HOSKINS DOW TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 94) |

The Court has considered the application of Elizabeth Hoskins Dow, attorney for Defendant Nutrien Ag Solutions, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 94). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __December 11, 2024__                   _____
                                                     UNITED STATES MAGISTRATE JUDGE