JOSHUA N. KASTAN (SBN 284767)
jnk@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California Street, Suite 1500
San Francisco, California 94111
Telephone: 415.421.1100

ELIZABETH HOSKINS DOW (*pro hac vice*)
**BAILEY & GLASSER LLP**
ldow@baileyglasser.com
318 W. Adams St., Suite 1512
Chicago, IL 60606
Telephone: 312.500.8680

E. GABRIELLE MARCUM (*pro hac vice*)
**BAILEY & GLASSER LLP**
gmarcum@baileyglasser.com
94 Long St., Suite 200
Westover, WV 26501
Telephone: 304.594.0087

Attorneys for Defendant
NUTRIEN AG SOLUTIONS, INC.

P. GERHARDT ZACHER (SBN: 043184)
gzacher@grsm.com
MATTHEW P. NUGENT (SBN: 214844)
mnugent@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: 619.230.7743

Attorneys for Defendants ARYSTA LIFESCIENCE NORTH AMERICA, LLC, UPL NA INC. and BRANDT CONSOLIDATED INC.

RALPH B. WEGIS (SBN: 67966)
rwegis@ralphwegis.com
EDWARD GORDON (SBN: 151036)
edgordonlaw66@gmail.com
**LAW OFFICES OF RALPH B. WEGIS**
1930 Truxtun Avenue
Bakersfield, CA 93301
Telephone: 661.635.2100

Attorneys for Plaintiff ANTHONY VINEYARDS

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **EASTERN DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| ANTHONY VINEYARDS,<br><br>       Plaintiff,<br>vs.<br><br>UPL NA INC, *et al.*,<br><br>       Defendants. | CASE NO. 1:20-cv-00506-JLT-CDB<br><br>**STIPULATED AMENDED PROTECTIVE ORDER PURSUANT TO LOCAL RULES 141.1 AND 143**<br><br>(Doc. 99) |

WHEREAS, Rule 26(c) of the Federal Rules of Civil Procedure provides for the issuance of protective orders limiting the disclosure of discovered information in appropriate circumstances;

WHEREAS, a Stipulated Protective Order was entered on April 13, 2021 [Dkt. 22] as stipulated and agreed to by Plaintiff Anthony Vineyards ("Plaintiff") and Defendants Arysta LifeScience North America, LLC and UPL NA Inc.;

WHEREAS, with its First Amended Complaint filed September 10, 2021 [Dkt. 29] Plaintiff named additional defendants including Brandt Consolidated, Inc. ("Brandt") and Nutrien Ag Solutions, Inc. ("Nutrien");

WHEREAS, this action is likely to involve confidential and/or private information of third parties; trade secrets; and other valuable research, development, commercial, financial, technical and/or proprietary information for which special protection from public disclosure and from use for any purpose other than prosecution of this action is warranted. Such confidential and proprietary materials and information consist of, among other things, confidential business or financial information, information regarding confidential business practices, or other confidential research, development, or commercial information, information otherwise generally unavailable to the public, or which may be privileged or otherwise protected from disclosure under state or federal statutes, court rules, case decisions, or common law;

WHEREAS, Brandt and Nutrien are now seeking discovery from the other parties in this matter;

WHEREAS, Brandt and Nutrien agree to terms of the April 13, 2021 Stipulated Protective

Order and will stipulate and agree to the same by their execution of this Stipulated Amended Protective Order.

THEREFORE, this Court finds good cause for the entry of this Stipulated Amended Protective Order under Federal Rule of Civil Procedure 26(c) and hereby ORDERS the Stipulated Protective Order entered April 13, 2021 also shall apply to the newly added parties -- Brandt and Nutrien.

**STIPULATED AND AGREED TO:**

Dated: March 17, 2025         GORDON REES SCULLY
                              MANSUKHANI, LLP

                              By:    /s/Matthew P. Nugent
                                     P. Gerhardt Zacher
                                     Matthew P. Nugent
                                     Attorneys for Defendants BRANDT
                                     CONSOLIDATED, INC., ARYSTA
                                     LIFESCIENCE NORTH AMERICA, LLC,
                                     AND UPL NA INC.

Dated: March 17, 2025         BAILEY & GLASSER, LLP

                              By:    /s/ Elizabeth Hoskins Dow
                                     Elizabeth Hoskins Dow (*pro hac vice*)
                                     Attorneys for Defendant NUTRIEN AG
                                     SOLUTIONS, INC.

                              DKM LAW GROUP, LLP

                              By:    /s/ Joshua N. Kastan
                                     Joshua N. Kastan
                                     Attorneys for Defendant NUTRIEN AG
                                     SOLUTIONS, INC.

Dated: March 17, 2025

THE LAW OFFICE OF RALPH B. WEGIS

By:   /s/ Ralph B. Wegis
Edward Gordon
Ralph B. Wegis
Attorneys for Plaintiff
ANTHONY VINEYARDS

IT IS SO ORDERED.

Dated:   **March 18, 2025**

UNITED STATES MAGISTRATE JUDGE