UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VINEYARDS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UPL NA INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00506-JLT-CDB<br><br>ORDER ON SECOND STIPULATION AMENDING SCHEDULING ORDER <u>AS MODIFIED</u><br><br>(Docs. 12, 101, 114) |

Pending before the Court is the parties' second stipulated request to amend the scheduling order, filed on September 5, 2025. (Doc. 114). The parties represent that on September 4, 2025, counsel for Defendant Nutrien Ag Solutions, Inc. ("Nutrien"), and Plaintiff Anthony Vineyards met and conferred to discuss several issues, wherein Plaintiff agreed to provide by September 15, 2025, supplemental responses to Nutrien's written discovery requests to address deficiencies identified in Nutrien's August 28, 2025, discovery deficiency letter. *Id.* at 4. Plaintiff and Nutrien further agreed to coordinate the scheduling of various depositions and inspection of Plaintiff's premises in early October. *Id.* Counsel for all parties therefore agreed to stipulate to an extension of deadlines in the amended scheduling order to accommodate additional discovery, including several depositions and an inspection of Plaintiff's premises. *Id.* at 4-5. The parties propose the following amendments: extend the close of nonexpert discovery as to Nutrien and Defendant Brandt Consolidated Inc. ("Brandt") to November 14, 2025; extend the close of expert witness

discovery as to Nutrien and Brandt to December 15, 2025; filing of dispositive motions on January 30, 2026; and move the pretrial conference and trial dates accordingly. *Id.* at 5.

Based on the parties' stipulated representations, the Court finds good cause exists to amend case management dates and deadlines of the amended scheduling order as set forth below to accommodate the parties' ongoing discovery as to Defendants Nutrien and Brandt.

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 114), and for good cause shown, it is HEREBY ORDERED that the amended scheduling order (Docs. 12, 101) is further amended as modified as follows:

| | |
|---|---|
| **Non-expert discovery (as to Nutrien and Brandt)** | **November 14, 2025** |
| **Expert discovery (as to Nutrien and Brandt)** | **December 15, 2025** |
| **Dispositive motion filing** | **January 30, 2026** |
| **Dispositive motion hearing (JLT)** | **March 31, 2026, 8:30 AM** |
| **Pretrial conference (JLT)** | **June 1, 2026, at 1:30 PM** |
| **Jury trial (JLT)** | **July 28, 2026, 8:30 AM** |

All other case management dates and provisions of the operative scheduling order (Docs. 12, 101) not in conflict with this order remain unchanged.

IT IS SO ORDERED.

Dated:   **September 8, 2025**

UNITED STATES MAGISTRATE JUDGE