

# United States District Court
# Eastern District of California

| Anthony Vineyards |
|---|
| Plaintiff(s) |

Case Number: 1:20-cv-00506-JLT-CDB

V.

| Natural Plant Protection, et al. |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Hallie Huey Arena hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Nutrien Ag Solutions, Inc.

On 10/18/2023 (date), I was admitted to practice and presently in good standing in the District Court for the Southern District of West (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/06/2026          Signature of Applicant: /s/ Hallie Arena

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Hallie Huey Arena |
| Law Firm Name: | Bailey & Glasser, LLP |
| Address: | 1055 Thomas Jefferson St. NW |
| | Suite 540 |
| City: | Washington    State: DC    Zip: 20007 |
| Phone Number w/Area Code: | (202) 463-2101 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | harena@baileyglasser.com |
| Secondary E-mail Address: | gdossantos@baileyglasser.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joshua Kastan |
| Law Firm Name: | DMK Law Group, LLP |
| Address: | 50 California Street |
| | Suite 1500 |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 226-7400    Bar # CA SBN 284767 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 7, 2026

_____
U.S. Magistrate Judge Christopher D. Baker